UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JLG 101

,

Plaintiff(s),

v.

Uber Technologies, Inc., et al.    ,

Defendant(s).

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER **(CIVIL LOCAL RULE 11-3)**

I, Basil E. Adham , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: JLG 101 in the above-entitled action. My local co-counsel in this case is not required per PTO #1, Dkt. 2 , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A .

2925 Richmond Avenue, Ste. 1700
Houston, TX 77098
MY ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(713) 626-9336
MY TELEPHONE # OF RECORD

N/A
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

badham@johnsonlawgroup.com
MY EMAIL ADDRESS OF RECORD

N/A
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24081742 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court Zero (0) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  12/18/2025

Basil E. Adham
APPLICANT

## ORDER GRANTING APPLICATION

## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Basil E. Adham  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    February 23, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

2